IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MAE GRIMES, | No. C 10-01124 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| YELLOW CAB TAXI COMPANY, et al., | |
| Defendants. | |

This action is dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 2, 2010

SUSAN ILLSTON
United States District Judge