IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MAE GRIMES, | No. C 10-01124 SI |
|     Plaintiff, | **ORDER RE: PLAINTIFF'S RECENT FILINGS** |
|   v. | |
| YELLOW CAB COOPERATIVE, INC, et al., | |
|     Defendants. | |

On April 2, 2010, the Court issued an order dismissing this action in its entirety for lack of federal jurisdiction and entered judgment accordingly. Since that time, plaintiff has made several filings with the heading "Informational Motion," which appear to contain documents related to the state court case she filed after this federal action was dismissed. Plaintiff is hereby instructed that she should not file her state court documents with this Court, and that no further filings of any kind will be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: July 30, 2010

SUSAN ILLSTON
United States District Judge